■ In the Matter of STEPHEN HARVEY SIEGEL (Admitted as STEPHEN HARVEY BEZOZO), a Disbarred Attorney. [678 NYS2d 488] —Motion for reinstatement as an attorney and counselor-at-law denied. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Andrias and Saxe, JJ.